UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

**JOHN H. WHITE,**

      **Plaintiff,**

  v.         **9:12-CV-1775**
             **(NAM/DJS)**

**PATRICIA L. WILLIAMS, et al.,**

      **Defendants.**
_____

APPEARANCES:        OF COUNSEL:

JOHN H. WHITE
08-A-3366
Southport Correctional Facility
P.O. Box 2000
Pine City, NY 14871
Plaintiff, pro se

HON. ERIC T. SCHNEIDERMAN    DENISE P. BUCKLEY, ESQ.
New York State Attorney General    Ass't Attorney General
The Capitol
Albany, New York 12224
Attorney for Defendants

**NORMAN A. MORDUE, SENIOR U. S. DISTRICT JUDGE**

## **ORDER**

  The above matter comes to me following a Report-Recommendation by Magistrate Judge Daniel J. Stewart, duly filed on the 22nd day of June 2016. Following fourteen (14) days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

  After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

  ORDERED that:

1. The Report-Recommendation is hereby adopted in its entirety.

2. The Defendants' motion for summary judgment (Dkt. No. 290) is granted in its entirety, and that this action is dismissed.

3. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

**IT IS SO ORDERED.**

Dated: July 25, 2016
       Syracuse, New York

Norman A. Mordue
Senior U.S. District Judge